# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SAMUEL DWAYNE DELMAST<br><br>  Plaintiff,<br><br>v.<br><br>COLLIN COUNTY, TEXAS, and<br>JIM SKINNER,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 4:21-cv-298-ALM-KPJ<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 23, 2022, the Magistrate Judge entered a report and recommendation (Dkt. #52) that Defendant Jim Skinner's ("Sheriff Skinner") Third Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion") (Dkt. #48) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action against Sheriff Skinner are **DISMISSED**.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**SIGNED this 20th day of September, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE